UNITED STATES DISTRICT COURT
for the Southern District of New York
-----------------------------------------------------------------X

HIGROUND CO., LTD, ET AL,

Civil Action No. 23-cv-08618

AFFIDAVIT OF SERVICE

Plaintiff,

-against-

HENRY HAN-WOONG LEE, ET AL,

Defendant.

-----------------------------------------------------------------X

STATE OF NEW YORK}
COUNTY OF NEW YORK   ss.}   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York state.

That on October 10, 2023 at 1:46 P.M., at 350 West 42nd Street, Apt. 18K New York, NY 10036 deponent served the within summons and verified complaint, verification, exhibits and civil cover sheet on Henry Han-Woong Lee defendant therein named, by delivering thereat a true copy of each to Ricardo Doe, who refused to give his true surname, Doorman, a person of suitable age and discretion. Said premises is defendant's dwelling place – usual place of abode within the state.

Comments: Your deponent went to the service address October 4, 2023 at 6:00 P.M., and spoke to John Doe, who refused to give his true name, Doorman and requested to be announced to the defendant Henry Han-Woong Lee. The Doorman then alleged that the

building management prohibits service of process on the tenants and refused to announce your deponent to the defendant and further refused to accept a Process Server's Notice inviting the defendant to communicate with your deponent to arrange for a convenient for service on behalf of the defendant.

The source of your deponent's information and the grounds of your deponent's belief are the conversations and observations above narrated. Upon information and belief your deponent avers that the building management is obstructing service of process on behalf of the defendant Henry Han-Woong Lee.

Additional comments: It is imperative that the attorney of record contact the building management and demand that all practices of obstructing service of process at the service address be ceased immediately. If this is not accomplished then the service address will continue to illegally stop any Process Server from upholding due process law. The service address is currently be imposing illegal requirements upon any Process Servers that goes to the service address to serve process that the building management has no authority to impose upon a Process Server. Nothing follows.

Further additional comments: Let the court take Judicial Notice that at the time of service of process on the defendant Henry Hen-Woong Lee by substitute service on his Doorman your deponent was accompanied by his partner Mark C. Eisenberg, NYPD Detective (Retired) and Private Investigator and who helped facilitate service of process on the defendant.

Description:
Male   White Skin   Gray Hair   51-65 Yrs.   5'9"-6'0"   161-200 Lbs.
Other identifying features: Glasses

To the best of my knowledge, said person was not engage in the U.S. Military at the time of service.

Alvin D. Gonzalez, Deponent
GSS# 20231004102428

STATE OF NEW JERSEY
COUNTY OF UNION SS:

AFFIDAVIT OF MAILING FOR A NY CASE

GSS#: 20231004102428

DOCKET # 1 23 CV 08618 JSR

I, Kyle Kaulfers, being duly sworn says, I am over 18 years of age and not a party to this action.

On, October 2, 2023

**E1 ( X ) MAILING TO RESIDENCE**   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of New Jersey. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on.

**E2 ( )   MAILING TO BUSINESS**   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of New Jersey. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action

HENRY HAN-WOONG LEE

(Name of Entity/Individual)

350 W 42ND ST. APT 18K

(Street address)

NEW YORK, NY 10036

(City/Town/Village; State, Zip Code)

(Sign your name in the presence of a Notary Public)
Kyle Kaulfers

(Print your name)

Sworn to before me this
11 day of October, 20 23

SANDY L. WILSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 9, 2024