# EXHIBIT U



# Genesis Group Partners, LLC

1250 Broadway, 36th Floor New York, NY 10001

**Author: Genesis Group Partners LLC** A strategic advisory company based in New York City specializing in capital raising and investment management.

## Our Company

## Strategic Advisory

## Investment Management

## Genesis Trading Group