# EXHIBIT V



# Genesis Group Partners, LLC

Website | Directions | Save

Business management consultant in New York

**Located in:** Nomad Tower

**Address:** 1250 Broadway 36th floor, New York, NY 10001

**Phone:** (646) 475-8080

Suggest an edit · Own this business?

## Add missing information
Add business hours

## Questions & answers
Be the first to ask a question

Ask a question

## Reviews ⓘ
Be the first to review

Write a review | Add a photo