# EXHIBIT W



# Affiliates

- **Neon Partners LLC (http://neonpartners.co/base/)**
- **Ha.Tiss (http://www.hatiss.com/)**
- **GS Retail (http://www.gsretail.com/gsretail/ko/main#)**
- **Nokchawon (http://nokchawon.co.kr/en/)**
- **Olive Young (http://www.oliveyoungshop.com/)**
- **Itochu (http://www.itochu.co.jp/en/)**
- **CU (https://cu.bgfretail.com/en/brand_info/story.do?cat=brand_info&d2=1)**
- **International Coffee Organization (http://www.ico.org/)**
- **FUBU (http://www.fubu.com/)**
- **FUBU TV (http://fubu-tv.com/)**

Website Powered by WordPress.com.