# EXHIBIT X



**Genesis Group Partners, LLC**

1250 Broadway, 36th Floor New York, NY 10001

Rectangular Snip

## Menu

Home

Company

Strategic Advisory

Investment Management

Contact Us

## Our Location

1250 Broadway
36th Floor
New York, NY 10001
Office: (646) 475-8080