# EXHIBIT Y



# Neon Partners

Directions  Save

Financial planner in New York

**Located in:** Nomad Tower

**Address:** 1250 Broadway, New York, NY 10001

**Phone:** (646) 475-8080

Suggest an edit · Own this business?

## Add missing information

Add business hours

Add website

## Questions & answers
Be the first to ask a question

Ask a question

## Reviews ⓘ

Write a review   Add a photo

Be the first to review