UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGROUND CO., LTD.; and HIGROUND PTE LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> HENRY HAN-WOONG LEE; GENESIS DIGITAL ASSETS PTE, LTD.; GENESIS GROUP PARTNERS, LLC; NEON PARTNERS, LLC; STONEFORT CONSULTATNTS FZC; PETRO ECO BUILD SDN BHD; WEST RANCH CAPITAL MANAGEMENT; JULES CORPORATION; JONATHAN CHAN; NEON PARTNERS, LLC; GENESIS-NEON GROUP, LLC; <br><br> *Defendants*. | Civil Action No.: 1:23-cv-08618-JSR <br><br> **CONSENT ORDER FOR AN EXTENSION OF TIME TO ANSWER** |

**IT APPEARING** to the Court that Plaintiff served Defendant Henry Han-Woong Lee with the Summons and Complaint on December 21, 2023; that Defendant Henry Han-Woong Lee's time to answer, move, or otherwise reply expires on January 11, 2024; and that Defendant Henry Han-Woong Lee has not obtained any previous extension.

**IT FURTHER APPEARING** to the Court, upon application by Defendant, Henry Han-Woong Lee, and with the consent of Plaintiffs, upon condition that Defendant shall not raise any defenses related to personal jurisdiction, including but not limited to any defenses related to service of process, in its responses and defenses to the complaint or in any subsequent filing or proceeding in the above-captioned action, pursuant to Local Civil Rule 6.1, that an extension of time to answer, move, or otherwise reply to the Complaint pursuant to Federal Rules of Civil Procedure Rule 12 should be granted, it is therefore,

**ORDERED** that Defendant Henry Han-Woong Lee's time to answer, move, or otherwise reply to the Complaint is extended by thirty (30) days until February 9, 2024.

**AND IT IS SO ORDERED** on this _____ day of January, 2024.

_____
**Judge Jed S. Rakoff, U.S.D.J.**

**WE SO MOVE:**

_/s/ Sean S. Kwak_____     Dated: __1/11/2024__
Sean S. Kwak, Esq.

Kim, Lim & Partners
*Attorneys for Defendant Henry Han-Woong Lee*
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
T: (201) 585-7400
F: (201) 585-7422
seankwak@klplawyers.com

**WE SO CONSENT:**

_____/s/ Bong June Kim_____     Dated: __1/10/2024__
Bong June Kim, Esq.
*Attorney for Plaintiffs*
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
T: (212) 319-6888
F: (212) 319-7539
bjkim@kimbae.com