AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HIGROUND CO., LTD and HIGROUND PTE. LTD., <br> *Plaintiff* <br> v. <br> HENRY HAN-WOONG LEE, ET AL., <br> *Defendant* | Case No. 1:23-CV-08618-JSR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs HIGROUND CO., LTD and HIGROUND PETE. LTD.

Date:   01/23/2024

/s/ Demetrios Pavlou
*Attorney's signature*

Demetrios Pavlou
*Printed name and bar number*

2160 N. Central Road
Suite 303
Fort Lee, NJ 07024
*Address*

DP@KIMBAE.COM
*E-mail address*

(201) 585-2288
*Telephone number*

*FAX number*