UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HIGROUND CO., LTD. and
HIGROUND PTE. LTD.,

                Plaintiffs,

-against-

HENRY HAN-WOONG LEE,
GENESIS DIGITAL ASSETS PTE. LTD.,
GENESIS GROUP PARTNERS, LLC,
NEON PARTNERS, LLC,
NEON PARTNERS LLC, and
GENESIS-NEON GROUP, LLC,

                Defendants.
_____

Case No.: 1:23-cv-08618-JSR

**CLERK'S CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 15, 2023 with the filing of an amended summons and complaint, copies of the amended summons and complaint were served on defendants GENESIS GROUP PARTNERS, LLC, NEON PARTNERS, LLC, NEON PARTNERS LLC, and GENESIS-NEON GROUP, LLC on December 29, 2023 by the Secretary of State, and proofs of service were therefore filed on January 3, 2024, Doc. #s 43–46. I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants are hereby noted.

Dated: New York, New York

      _____, 2024

                                                         RUBY J. KRAJICK
                                                         Clerk of Court

                                               By:_____
                                                         Deputy Clerk