UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HIGROUND CO., LTD. and
HIGROUND PTE. LTD.,

                Plaintiffs,

-against-

HENRY HAN-WOONG LEE,
GENESIS DIGITAL ASSETS PTE. LTD.,
GENESIS GROUP PARTNERS, LLC,
NEON PARTNERS, LLC,
NEON PARTNERS LLC, and
GENESIS-NEON GROUP, LLC,

                Defendants.

Case No.: 1:23-cv-08618-JSR

**AFFIDAVIT IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

---

I, Bong June Kim, hereby declare as follows:

1. I am an attorney at Kim & Bae, P.C., the law firm representing Plaintiffs Higround Co., Ltd. and Higround Pte. Ltd. in this action.

2. Defendants Genesis Group Partners, LLC, Neon Partners, LLC, Neon Partners LLC, and Genesis-Neon Group, LLC ("Defendants") are not infants, in the military, or incompetent persons.

3. Plaintiffs properly served copies of the Amended Summons and Complaint on each of the Defendants [ECF 43–46].

4. Defendants have failed to appear or to otherwise defend this action.

WHEREFORE, Plaintiffs request that the default of Defendants be noted and a certificate of default issued.

Dated: January 28, 2024

By: */s/ Bong June Kim*
Kim & Bae, P.C.
2160 North Central Road, Suite 303
Fort Lee, NJ 07024
Tel: (201) 585-2288
Attorneys for Plaintiffs