# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGROUND CO., LTD.; and HIGROUND PTE LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> HENRY HAN-WOONG LEE; GENESIS DIGITAL ASSETS PTE, LTD.; GENESIS GROUP PARTNERS, LLC; NEON PARTNERS, LLC; STONEFORT CONSULTATNTS FZC; PETRO ECO BUILD SDN BHD; WEST RANCH CAPITAL MANAGEMENT; JULES CORPORATION; JONATHAN CHAN; NEON PARTNERS, LLC; GENESIS-NEON GROUP, LLC; <br><br> *Defendants*. | Civil Action No.: 1:23-cv-08618-JSR <br><br><br> **NOTICE OF MOTION TO DISMISS BY DEFENDANT HENRY HAN-WOONG LEE PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

To: **KIM & BAE, P.C.**
   Attn: Bong June Kim, Esq.
   Attn: Demetrios Pavlou, Esq.
   2160 North Central Road, Suite 303
   Fort Lee, New Jersey 07024
   *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE THAT** defendant, Henry Han-Woong Lee ("Henry Lee", "Lee" or "Defendant"), by and through his undersigned counsel, Kim, Lim & Partners, will move before this Court, the Honorable Jed S. Rakoff, U.S.D.J., 500 Pearl Street, Courtroom 14B, New York, New York 10007, on March 15, 2024 at 11:00 am or as soon thereafter as counsel may be heard, for an Order dismissing all counts asserted in the Complaint as against Defendant Lee. A contemporaneously filed supporting Memorandum of Law, Declarations, and exhibits annexed thereto accompany this motion.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Judge Rakoff's Order entered February 5, 2024, any opposing affidavits and answering memoranda of law shall be served by February 23, 2024, and any reply papers filed by March 8, 2024.

**PLEASE TAKE FURTHER NOTICE** that the movant, Defendant Henry Han-Woong Lee, respectfully requests oral argument if an opposition is filed hereto.

Dated: February 9, 2024

                                                  Respectfully submitted,

*/s/ Sean S. Kwak*
Sean S. Kwak, Esq.
**Kim, Lim & Partners**
460 Bergen Blvd., Suite 305
Palisades Park, New Jersey 07650
(t): 201.585.7400
(f): 201.585.7422
seankwak@klplawyers.com
*Attorneys for Defendant*
*Henry Han-Woong Lee*