UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

HIGROUND CO., LTD. and
HIGROUND PTE. LTD.,

                    Plaintiffs,                  Case No.: 1:23-cv-08618-JSR

   -against-                             **DEFAULT JUDGMENT**

HENRY HAN-WOONG LEE,
GENESIS DIGITAL ASSETS PTE. LTD.,
GENESIS GROUP PARTNERS, LLC,
NEON PARTNERS, LLC,
NEON PARTNERS LLC, and
GENESIS-NEON GROUP, LLC,

                    Defendants.

———————————————————————————

       This action having been commenced on October 2, 2023 by the filing of the Summons and Complaint, and an Amended Complaint having been filed on December 15, 2023, and copies of the Amended Summons and Complaint having been personally served on Defendants Genesis Group Partners, LLC, Neon Partners, LLC, Neon Partners LLC, and Genesis-Neon Group, LLC, through the New York Secretary of State and via certified mailing, pursuant to Fed. R. Civ. Pro. 4(h)(1), and proofs of service having been filed on January 3, 2024 and the defendants not having answered the Amended Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against Defendants in the liquidated amount of $4,750,000 with interest at 10.00% from May 24, 2022, plus costs and disbursements of this action in the amount of $1,260.00, amounting in all to $5,565,917.53.

Dated: New York, New York

February 9, 2024

                                                                           _____
                                                                                                   U.S.D.J.

                                                      This document was entered on the docket on _____.