UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HIGROUND CO., LTD. and
HIGROUND PTE. LTD.,

               Plaintiffs,               Case No.: 1:23-cv-08618-JSR

  -against-                          **STATEMENT OF DAMAGES**

HENRY HAN-WOONG LEE,
GENESIS DIGITAL ASSETS PTE. LTD.,
GENESIS GROUP PARTNERS, LLC,
NEON PARTNERS, LLC,
NEON PARTNERS LLC, and
GENESIS-NEON GROUP, LLC,

               Defendants.
_____

Contract Principal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,750,000.00
Interest at 10% from May 24, 2022 through February 9, 2024 . . . . . . . . . . . . . . . . . . . . $814,657.53

Costs and Disbursements:

Clerk's fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $405.00
Process Server fee for service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $855.00


Total (as of February 9, 2024) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,565,917.53


Dated:  New York, New York
          February 9, 2024

                                                          */s/Bong June Kim*
                                                          Bong June Kim, Esq.