**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HIGROUND CO., LTD.; and HIGROUND PTE LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> HENRY HAN-WOONG LEE; GENESIS DIGITAL ASSETS PTE, LTD.; GENESIS GROUP PARTNERS, LLC; NEON PARTNERS, LLC; STONEFORT CONSULTATNTS FZC; PETRO ECO BUILD SDN BHD; WEST RANCH CAPITAL MANAGEMENT; JULES CORPORATION; JONATHAN CHAN; NEON PARTNERS, LLC; GENESIS-NEON GROUP, LLC; <br><br> *Defendants*. | Civil Action No.: 1:23-cv-08618-JSR <br><br><br> **DECLARATION OF COUNSEL SEAN S. KWAK, ESQ. IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

I, Sean S. Kwak, hereby declare the following under penalty of perjury.

1. I am a partner at the law offices of Kim, Lim & Partners. As such, I am familiar with the statements made herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Exhibit A to the Amended Complaint, filed by Plaintiffs on December 15, 2023.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the second page of Exhibit I to the Amended Complaint, filed by Plaintiffs on December 15, 2023.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Exhibit G to the Amended Complaint, filed by Plaintiffs on December 15, 2023.

5. Annexed hereto as Exhibit 4 is a true and correct copy of Exhibit D to the Amended Complaint, filed by Plaintiffs on December 15, 2023.

1

6. Annexed hereto as Exhibit 5 is a true and correct copy of Exhibit R to the Amended Complaint, filed by Plaintiffs on December 15, 2023.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Exhibit J to the Amended Complaint, filed by Plaintiffs on December 15, 2023.

8. Annexed hereto as Exhibit 7 is a true and correct copy of a printout of the online webpage available at the following url: https://thelawdictionary.org/affiliate/, last accessed February 6, 2024 at 10:37 a.m.

9. Annexed hereto as Exhibit 8 is a true and correct copy of Exhibit B to the Amended Complaint, filed by Plaintiffs on December 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2024          /s/ Sean S. Kwak
                                       Sean S. Kwak