IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HIGROUND CO., LTD. and
HIGROUND PTE. LTD.,

    Plaintiffs,

        v.

HENRY HAN-WOONG LEE,
GENESIS DIGITAL ASSETS PTE. LTD.,
GENESIS GROUP PARTNERS, LLC,
NEON PARTNERS, LLC,
NEON PARTNERS LLC, and
GENESIS-NEON GROUP, LLC,

    Defendants.

**Civil Action No:** 1:23-cv-08618-mmg

## **MOTION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant(s) Henry Han-woong Lee, Genesis Digital Assets Pte. Ltd., Genesis Group Partners, LLC, Neon Partners, LLC, Neon Partners LLC, and Genesis-Neon Group, LLC, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Defendant Henry Han-woong Lee is as yet the only appearing defendant in this action.

Dated: March 7, 2024
Fort Lee, New Jersey

Attorneys for Plaintiff                              Attorney for Defendant Henry Han-woong Lee

*/s/ Lawrence W. Andrea*                             */s/ Sean S Kwak*
Lawrence W. Andrea, Esq.                             Sean S. Kwak, Esq.
Kim & Bae, P.C.                                      Kim, Lim & Partners
2160 N. Central Road, Suite 303                      460 Bergen Blvd #305
Fort Lee, NJ 07024                                   Fort Lee, NJ 07024