IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HIGROUND CO., LTD. and
HIGROUND PTE. LTD.,

    Plaintiffs,

v.

HENRY HAN-WOONG LEE,
GENESIS DIGITAL ASSETS PTE. LTD.,
GENESIS GROUP PARTNERS, LLC,
NEON PARTNERS, LLC,
NEON PARTNERS LLC, and
GENESIS-NEON GROUP, LLC,

    Defendants.

**Civil Action No:** 1:23-cv-08618-mmg

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2024

## **MOTION FOR DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant(s) Henry Han-woong Lee, Genesis Digital Assets Pte. Ltd., Genesis Group Partners, LLC, Neon Partners, LLC, Neon Partners LLC, and Genesis-Neon Group, LLC, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Defendant Henry Han-woong Lee is as yet the only appearing defendant in this action.

Dated:       March 7, 2024
             Fort Lee, New Jersey

Attorneys for Plaintiff                                    Attorney for Defendant Henry Han-woong Lee

*/s/ Lawrence W. Andrea*                                   */s/ Sean S Kwak*
Lawrence W. Andrea, Esq.                                   Sean S. Kwak, Esq.
Kim & Bae, P.C.                                            Kim, Lim & Partners
2160 N. Central Road, Suite 303                            460 Bergen Blvd #305
Fort Lee, NJ 07024                                         Fort Lee, NJ 07024

---

SO ORDERED.

The Clerk of Court is respectfully directed to terminate Defendants Henry Han-Woong Lee, Genesis Digital Assets PTE Ltd., Genesis Group Partners, LLC, Neon Partners, LLC, Neon Partners LLC, and Genesis-Neon Group, LLC from this action. The Clerk of Court is also respectfully directed to terminate Dkt. Nos. 72 and 74.

Furthermore, all remaining Defendants having been terminated from this case, the above-entitled action is hereby dismissed and discontinued without costs. The Clerk of Court is respectfully directed to terminate any outstanding deadlines and close this case.

Dated March 7, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE